UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATRIOT ANGELS CONSULTING CORP, <br><br> Plaintiff, <br><br> v. <br><br> VETERANS OF FOREIGN WARS OF THE UNITED STATES, <br><br> Defendant. | Case No. 3:24-cv-00087 <br><br> Judge Eli J. Richardson <br> Magistrate Judge Alistair E. Newbern |

## ORDER

On December 10, 2024, counsel filed a joint request for a case management conference. (Doc. No. 58). The Court construes the request as a motion for a case management conference. The motion is GRANTED. The initial case management conference is SET for December 18, 2024, at 10:30 a.m. Counsel for each party shall call (650) 479-3207 and enter access code 23176048628# to participate.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge