UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| PATRIOT ANGELS CONSULTING CORP, a Tennessee corporation, | |
| Plaintiff, | Case No. 3:24-cv-00087 |
| Judge Eli J. Richardson | |
| v. | Magistrate Judge Alistair E. Newbern |
| VETERANS OF FOREIGN WARS OF THE UNITED STATES, a Missouri corporation, owner/operator of vfw.org and DontFeedTheSharks.org, | |
| Defendant. | |

## JOINT MOTION TO AMEND INITIAL CASE MANAGEMENT ORDER

Pursuant to a December 18, 2024 Status Conference with Magistrate Judge Alistair E. Newbern, and in accordance with Section M. of the Initial Case Management Order ("ICMO"), ECF No. 26, Plaintiff Patriot Angels Consulting Corp ("Plaintiff") and Defendant Veterans of Foreign Wars of the United States ("Defendant"), collectively the "Parties," respectfully move the Court to amend the ICMO. In support thereof, the Parties state as follows:

1. The ICMO states that the Parties shall complete all fact discovery on or before February 7, 2025. ECF No. 26, Section G.

2. The Parties have exchanged written responses and produced certain documents in response to discovery requests, and are currently engaged in electronic discovery. Plaintiff is in the process of gathering additional documents responsive to Defendant's document requests and in accordance with the Parties' agreed-upon search terms.

3. As addressed during the December 18, 2024 status conference, Plaintiff will begin a rolling production of documents in the beginning of January 2025 and will complete its

document production by the end of that month.

4. Given the status of written discovery, the Parties have not yet taken any depositions. The Parties agree that completion of electronic discovery is needed or otherwise reasonably desired before the Parties can meaningfully conduct depositions that are dependent on Plaintiff's completion of the requested document production.

5. The Parties do not anticipate that they will be able to complete fact discovery, including electronic discovery and depositions, by the current February 7, 2025 deadline. Subsequent discovery-related deadlines and the dispositive motion deadline set forth in the ICMO will also be difficult to meet.

6. The Parties have been working in good faith to address discovery issues and obtain responsive information and documents, with the objective of ensuring that the Parties have sufficient time to collect, produce, and review relevant documents sufficiently in advance of depositions and the fact discovery deadline.

7. The Parties therefore respectfully request that the Court amend the ICMO by entering the following extended deadlines (all other case management deadlines having already expired):

   a. The Parties shall complete all written discovery and depose all fact witnesses on or before **April 8, 2025**.

   b. All motions related to fact discovery shall be filed no later than **April 22, 2025**.

   c. Plaintiff shall identify and disclose all expert witnesses and expert reports on or before **May 13, 2025**.

   d. Defendant shall identify and disclose all expert witnesses and expert reports on or before **June 17, 2025**.

2

e.      All expert witnesses shall be deposed on or before **August 12, 2025**.

f.      Dispositive motions shall be filed by no later than **September 26, 2025**.

g.      The target trial date shall remain **February 10, 2026**.

8. The requested extensions will still conform to the requirements of Local Rule 16.01(h)(1) that no dispositive motion deadline, including response and reply briefs, shall be later than 90 days in advance of the trial date.

Respectfully submitted,

| | |
|---|---|
| /s/ Lucas A. Davidson | /s/ Robb S. Harvey |
| Kaitlin E. White (TN Bar No. 037655) | Robb S. Harvey (BPR #011519) |
| Lucas A. Davidson (BPR #029955) | Holland & Knight |
| Buchalter, PC | 511 Union Street, Suite 2700 |
| 18400 Von Karman Avenue, Suite 800 | Nashville, TN 37219 |
| Irvine, CA 92612 | (615) 850-8859 |
| (615) 708-7935 | robb.harvey@hklaw.com |
| kwhite@buchalter.com | |
| ldavidson@buchalter.com | Robert S. Gutierrez |
| | Ballard Spahr, LLP |
| John C. Clough | 2029 Century Park East, Suite 1400 |
| Buchalter, A Professional Corporation | Los Angeles, CA 90067-2915 |
| 1000 Wilshire Boulevard, Suite 1500 | (424) 204-4400 |
| Los Angeles, California 90017 | GutierrezR@ballardspahr.com |
| (213) 891-0700 | |
| | Lauren P. Russell |
| jclough@buchalter.com*Counsel for Plaintiff Patriot Angels Consulting Corp.* | Ballard Spahr, LLP |
| | 1909 K Street NW, 12th Floor |
| | Washington, DC 20006 |
| | (202) 661-7605 |
| | RussellL@ballardspahr.com |
| | |
| | *Counsel for Defendant Veterans of Foreign Wars of the United States* |

3