UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATRIOT ANGELS CONSULTING CORP, <br><br> Plaintiff, <br><br> v. <br><br> VETERANS OF FOREIGN WARS OF THE UNITED STATES, <br><br> Defendant. | Case No. 3:24-cv-00087 <br><br> Judge Eli J. Richardson <br> Magistrate Judge Alistair E. Newbern |

## ORDER

On January 27, 2025, Defendant Veterans of Foreign Wars of the United States filed a consent motion for a court order authorizing the United States Department of Veteran Affairs to release documents. (Doc. No. 63.) A telephone conference with the Magistrate Judge regarding the motion is set for January 31, 2025, at 9:30 a.m. Counsel for each party shall call (650) 479-3207 and enter access code 2317 604 8628# to participate.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge