UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATRIOT ANGELS CONSULTING CORP, <br><br> Plaintiff, <br><br> v. <br><br> VETERANS OF FOREIGN WARS OF THE UNITED STATES, <br><br> Defendant. | Case No. 3:24-cv-00087 <br><br> Judge Eli J. Richardson <br> Magistrate Judge Alistair E. Newbern |

# ORDER

Defendant Veterans of Foreign Wars of the United States (VFW) has filed a notice requesting a status conference with the Magistrate Judge to address its concerns regarding the parties' ability to comply with the current case management order and trial setting order. (Doc. No. 69.) The notice does not state that VFW has conferred with Plaintiff Patriot Angels Consulting Corp regarding the extension of any deadlines or the continuance of the trial date. Accordingly, the Court ORDERS as follows:

Counsel for the parties shall meet and confer to address the status of discovery and any amendments of the case management order they propose to accommodate the conclusion of discovery. By February 25, 2025, they shall file a joint report stating their agreed position or separate positions regarding the need to continue any case management deadlines or the trial date.

The Court will set a case management conference as needed after receiving counsel's joint statement.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge