UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PATRIOT ANGELS CONSULTING CORP,

    Plaintiff,

v.

VETERANS OF FOREIGN WARS OF THE
UNITED STATES,

    Defendant.

Case No. 3:24-cv-00087

Judge Eli J. Richardson
Magistrate Judge Alistair E. Newbern

## ORDER

Pursuant to the Court's February 18, 2025 order, the parties filed a status report regarding extending case management deadlines and continuing the trial date in this matter. (Doc. Nos. 71, 72.) Having reviewed the status report and conferred with Judge Richardson's chambers, the Court ORDERS as follows:

The parties shall file a motion to continue the trial date proposing a target trial date of no earlier than September 8, 2026.

The parties shall file a separate motion to amend the case management order with the extended deadlines proposed in their status report.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge