UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATRIOT ANGELS CONSULTING CORP, <br><br> Plaintiff, <br><br> v. <br><br> VETERANS OF FOREIGN WARS OF THE UNITED STATES, <br><br> Defendant. | Case No. 3:24-cv-00087 <br><br> Judge Eli J. Richardson <br> Magistrate Judge Alistair E. Newbern |

## ORDER

Counsel for the parties appeared for a telephonic case management conference with the Magistrate Judge on September 23, 2025. After discussion, and by agreement of counsel, the Court ORDERS as follows:

By September 30, 2025, counsel shall meet and confer to agree upon a proposed amended case management order and shall file a joint motion for entry of their proposed calendar. The motion shall propose a dispositive motion deadline of no later than April 29, 2026.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge