| | | |
|---|---|---|
| PATRIOT ANGELS CONSULTING CORP, | ) ) ) | |
| Plaintiff, | ) ) | NO. 3:24-cv-00087 |
| v. | ) ) | JUDGE RICHARDSON |
| VETERANS OF FOREIGN WARS OF THE UNITED STATES, | ) ) ) ) | |
| Defendant. | ) | |

## <u>ORDER</u>

Pending before the Court is the "Motion for Leave to Exceed Page Limit for Memorandum in Support of Motion for Summary Judgment" (Doc. No. 111, "Motion"), filed by Defendant, Veterans of Foreign Wars of the United States. Via the Motion, Defendant requests—or otherwise expresses non-opposition to the notion[1]—that the parties in this action be granted leave to file opening memoranda of law of up to forty (40) pages in length in support of their respective motions for summary judgment. (Doc. No. 111 at 1, 3). Defendant further requests that "the same forty-page limit apply to the parties' respective memoranda in opposition [to any motion for summary

---

[1] In the Motion, Defendant explicitly requests that it be granted leave to file an opening memorandum of law of up to forty (40) pages in length in support of its motion for summary judgment. However, Defendant does not explicitly request reciprocally that Plaintiff be granted leave to file an opening memorandum of law of up to forty (40) pages in length in support of Plaintiff's own motion for summary judgment. Instead, Defendant merely notes that it "does not oppose an equivalent [ ]page enlargement for Plaintiff's memorandum supporting any motion for summary judgment." (Doc. No. 111 at 3).

    With that said, in the interests of judicial economy (i.e., to avoid one or more additional motions seeking leave to exceed the page limits imposed on summary-judgment briefing by the Local Rules)—and given that, according to Defendant, Plaintiff supports the Court permitting opening and responsive summary-judgment memoranda of up to thirty (30) pages in length for both parties (Doc. No. 111 at 3, 4)—the Court will consider herein whether both Plaintiff *and* Defendant should be granted leave to file opening memoranda of law in support of their respective motions for summary judgment in excess of the twenty-five pages contemplated by Local Rule 56.01(b) and responses in opposition to those motions in excess of the twenty-five pages contemplated by Local Rule 56.01(d).

judgment] so that each party has an equal opportunity to respond to the enlarged opening briefs."
(*Id.* at 3).

According to Defendant, Plaintiff, Patriot Angels Consulting Corp, opposes the Motion but would, "not oppose a more limited enlargement permitting opening and responsive summary-judgment memoranda of up to thirty (30) pages." (*Id.* at 3, 4).

The Motion (Doc. No. 111) is **GRANTED IN PART**. Considering both the complexity of the claims at issue in this action and Plaintiff's position, the parties are granted leave to file opening memoranda of law of up to thirty-five (35) pages in length in support of their respective motions for summary judgment. Likewise, the parties are granted leave to file response briefs of up to thirty-five (35) pages in length in opposition to any motion for summary judgment.

IT IS SO ORDERED.

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE