**ORDER**
The Motion (Doc. No. 129) is GRANTED.
Eli Richardson

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **PATRIOT ANGELS CONSULTING CORP,**<br><br>**Plaintiff,**<br>**v.**<br><br>**VETERANS OF FOREIGN WARS OF THE UNITED STATES,**<br><br>**Defendant.** | **Case No. 3:24-cv-00087**<br><br>**District Judge Eli J. Richardson**<br>**Magistrate Judge Luke A. Evans**<br><br>**JURY DEMAND** |

**DEFENDANT'S UNOPPOSED MOTION AND MEMORANDUM OF LAW FOR LEAVE TO EXCEED PAGE LIMIT AND EXTENSION OF TIME**

Defendant Veterans of Foreign Wars of the United States ("VFW"), through undersigned counsel, respectfully moves pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rules 6.01(a) and 56.01(f) for an Order: (1) granting VFW leave to file a reply in support of its Motion for Summary Judgment not exceeding ten (10) pages, five pages more than the ordinary limit; (2) extending the VFW's deadline to file its reply in support of its Motion for Summary Judgment by seven (7) days, from September 1, 2026 to September 8, 2026; and (3) extending by seven (7) days, from September 1, 2026, to September 8, 2026, VFW's deadlines to respond to Plaintiff's Motion to Seal and Plaintiff's two Motions to Exclude Defendant's Experts. Plaintiff does not oppose the requested relief. In support, VFW states:

1. Local Rule 56.01(f) provides that a movant may file an optional reply within fourteen (14) days after service of the response and that the reply may not exceed five (5) pages without leave of Court.

2. On July 28, 2026, the Court granted Defendant leave to file a memorandum of up to thirty- five (35) pages in support of its Motion for Summary Judgment and Plaintiff leave to file