IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PATRIOT ANGELS CONSULTING CORP,<br><br>Plaintiff,<br><br>v.<br><br>VETERANS OF FOREIGN WARS OF THE UNITED STATES,<br><br>Defendant. | ) | Case No. 3:24-cv-00087<br>JUDGE RICHARDSON |

**ORDER**

The trial and pretrial conference, scheduled for December 8, 2026 and November 30, 2026, respectively, and all pretrial motion filing deadlines, are canceled based on the pending dispositive motion (Doc. No. 115), to be rescheduled upon resolution of the dispositive motion if necessary.

IT IS SO ORDERED.

Eli Richardson
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE